Entered on Docket
July 29, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

The following constitutes
the order of the court. Signed July 29, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re
   Janet F Kaiser

debtor(s)

Chapter 13 Case No.
14-42455-RLE13

**ORDER REGARDING FAILURE OF DEBTOR(S)
TO APPEAR AT MEETING OF CREDITORS**

According to the Trustee's records, the debtor(s) in this Chapter 13 Case has/have failed to appear at the first meeting of creditors as required by 11 U.S.C. Section 341(a). A continued meeting of creditors shall be held on

Date:   August 07, 2014
Time:   9:00 am
Location:   Office of the United States Trustee
              1301 Clay Street Suite 680N
              Oakland, CA 94612

Debtor(s) are hereby ordered to appear at this meeting.

Pursuant to 11 U.S.C Sections 105(a) and 1307(c), this case will be dismissed without further notice or hearing if the debtor(s) fails to attend the continued meeting of creditors.

END OF ORDER

## Court Service List

Janet F Kaiser
3400 Revere Avenue
Oakland, CA  94605-5842

(Debtor(s))

Tyson Takeuchi Atty
1100 Wilshire Blvd #2606
Los Angeles,CA 90017-1916

(Counsel for Debtor)